of Appeal, Third Circuit, Parish of Calcasieu. 213 So.2d 154.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

215 So.2d 128

**Dora T. SMITH, Tutrix, etc.**

**v.**

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

**No. 49534.**

Nov. 15, 1968.

In re: Hartford Accident and Indemnity Company et al. applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Tangipahoa.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.